IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYLER NILSON, a minor, by KENNETH NILSON and KELLY NILSON,** | : : : | **CIVIL ACTION NO. 1:06-CV-1474** |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **HERSHEY ENTERTAINMENT AND RESORTS COMPANY,** | : : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of October, 2006, upon consideration of the stipulation executed by counsel for the parties (Doc. 9), indicating that the parties have agreed that the date for plaintiffs to respond to defendant's motion to dismiss (Doc. 3) has been extended to October 16, 2006, and it appearing that the stipulation should be construed as an unopposed motion for an enlargement of time in which to file a brief in opposition to defendant's motion,[1] see FED. R. CIV. P. 6(b); see also L.R. 7.6, it is hereby ORDERED that the motion (Doc. 9) is GRANTED as so

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules grant parties independent authority to extend briefing or case management deadlines absent approval by the court. See FED. R. CIV. P. 6(b), 12(a), 16(b); see also L.R. 1.3, 7.5-7.7; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).

construed.  Plaintiffs shall file a brief in opposition to defendant's motion to dismiss (Doc. 3) on or before October 16, 2006.

S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge
